UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

Case Number: 12-14353-CIV-MARTINEZ-LYNCH

TIMOTHY WAYNE CARVER,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Frank J. Lynch, United States Magistrate Judge, for review of Timothy Wayne Carver's ("Movant['s]") Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. (D.E. No. 1). Magistrate Judge Lynch filed a Report and Recommendation (D.E. No. 8) recommending that this Court deny Movant Timothy Wayne Carver's ("Movant['s]") Motion to Vacate, Set Aside, or Correct Sentence (D.E. No. 1). Movant filed objections to Magistrate Judge Lynch's Report (D.E. No. 9). The Court has reviewed the entire file and record and has made a *de novo* review of the issues presented by Movant's Objections to Report of Magistrate Judge (D.E. No. 9). The objections assert matters already thoroughly addressed in Magistrate Judge Lynch's well-reasoned Report and Recommendation.

After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ADJUDGED** that United States Magistrate Judge Lynch's Report and Recommendation

(D.E. No. 8) is **AFFIRMED** and **ADOPTED**. Accordingly, it is

    **ADJUDGED** that

1. The Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (D.E. No. 1) is **DENIED**.

2. This case is **CLOSED** and all pending motions are **DENIED** as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 30 day of October, 2014.

                                                           JOSE E. MARTINEZ  
                                                           UNITED STATES DISTRICT JUDGE

Copies provided to:  
Magistrate Judge Lynch  
All Counsel of Record