UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
**Case Number: 12-14353-CIV-MARTINEZ-MAYNARD**
Case No. 08-14003-CR-JEM

TIMOTHY WAYNE CARVER,
    Movant,

vs.

UNITED STATES OF AMERICA,
    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Movant's Renewed Motion to Vacate filed pursuant to 28 U.S.C. § 2255, following remand from the Eleventh Circuit Court of Appeals, [ECF No. 34 (renewed motion to vacate), ECF No. 26 (remand)]. Magistrate Judge Shaniek M. Maynard filed a Report and Recommendation, [ECF No. 37], recommending that Movant's § 2255 Motion to Vacate be DENIED, and that no certificate of appealability issue. Movant timely filed objections to the Magistrate Judge's Report and Recommendation, [ECF No. 38].

The Court has reviewed the entire file and record, has made a *de novo* review of the issues that Movant's objections to the Report and Recommendation present, and is otherwise fully advised in the premises. The Court finds the issues raised in Movant's objections are already addressed in Magistrate Judge Maynard's well-reasoned Report and Recommendation. Accordingly, after careful consideration, it is hereby

**ADJUDGED** that United States Magistrate Judge Maynard's Report and Recommendation, [ECF No. 37], is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ORDERED AND ADJUDGED** that

1.    Movant's Renewed Motion to Vacate filed pursuant to 28 U.S.C. § 2255, [ECF No.

34][1], is **DENIED**. No certificate of appealability shall issue.

2.  This case is **CLOSED**, and any pending motions are **DENIED AS MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 19 day of September, 2019.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record

---

[1] *See* [ECF No. 1 (original motion to vacate)].